1

2

3

4

5

6

7 UNITED STATES DISTRICT COURT

8 EASTERN DISTRICT OF CALIFORNIA

9

10 DARREN GILBERT,                                    Case No. 1:21-cv-00221-DAD-EPG

11            Plaintiff,                             ORDER RE: STIPULATION FOR
                                                    DISMISSAL OF ENTIRE ACTION AND
12       v.                                          DIRECTING THE CLERK OF COURT TO
                                                    CLOSE THE CASE
13 SUHENG NGAN, et al.,
                                                    (ECF NO. 11)
14            Defendants.

15

16         On June 2, 2021, the parties filed a joint stipulation dismissing this action with prejudice

17 and with each party bearing its own costs and attorneys' fees.  (ECF No. 11).  In light of the

18 parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been

19 dismissed with prejudice and without an award of costs or attorneys' fees.  Accordingly, the Clerk

20 of Court is directed to close this case.

21 IT IS SO ORDERED.

22     Dated:   __June 3, 2021__                     /s/ _Erica P. Grosjean_

23                                                   UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

1